■ ROBERT MICHAELS, Appellant, v THOMAS C. HARTZELL et al., Respondents. (Appeal No. 1.) — Order, insofar as it granted defendants' motion, reversed and motion denied, without costs, and, otherwise, appeal dismissed as academic, in view of the decision in *Michaels v Hartzell* [Appeal No. 3] (85 AD2d 901). All concur, Schnepp, J., not participating. (Appeal from order of Monroe Supreme Court, Provenzano, J. — partial summary judgment.) Present — Hancock, Jr., J. P., Callahan, Doerr, Moule and Schnepp, JJ.

■ ROBERT MICHAELS, Respondent-Appellant, v THOMAS C. HARTZELL et al., Appellants-Respondents. THOMAS C. HARTZELL et al., Appellants-Respondents, v ROBERT MICHAELS, Respondent-Appellant. (Appeal No. 2.) — Order affirmed, without costs; cross appeal by plaintiff Michaels dismissed as academic, in view of the decision in *Michaels v Hartzell* [Appeal No. 3] (85 AD2d 901). All concur, Schnepp, J., not participating. (Appeal from order of Monroe Supreme Court, Provenzano, J. — disqualify attorney.) Present — Hancock, Jr., J. P., Callahan, Doerr, Moule and Schnepp, JJ.